# Court of Appeals
# of the State of Georgia

ATLANTA,  September 03, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0014.  HICKS v. JIM WILBANKS, JUDGE.**

On August 27, 2024, Shundy Hicks petitioned this Court to require Judge Jim Wilbanks of Whitfield County Superior Court to hold further proceedings in the wake of the denial of Hicks' June 2024 motion to withdraw his guilty plea.

The petition does not meet the requirements of Rule 40 (c) and is therefore DISMISSED. See *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983) (dismissing a petition for mandamus when no "final decision" had been obtained from the superior court).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/03/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*